UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
LOUISIANA MUNICIPAL POLICE EMPLOYEES'
RETIREMENT SYSTEM,

          Plaintiff,

      -against-                                              11 Civ. 9175 (LAK)

THE BANK OF NEW YORK MELLON CORPORATION,
et al.,

          Defendants.
------------------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 03.29.2012

## ORDER

LEWIS A. KAPLAN, *District Judge*.

        For the reasons stated on the record in open court this date:

        1.    The motion of plaintiff State of Oregon by and through the Oregon State Treasurer, etc., and others for appointment as lead plaintiff and approval of their selection of lead counsel [DI 17] is granted to the extent that (a) the State of Oregon, by and through the Oregon State Treasurer on behalf of the Common School Fund, and the Oregon Public Employee Retirement Board, on behalf of the Oregon Public Employee Retirement Fund, are appointed co-lead plaintiffs, and (b) their selection of Bernstein Litowitz Berger & Grossman LLP (the "Bernstein Firm") as Lead Counsel for the alleged Class is approved, and denied in all other respects.

        2.    The motions to appoint (a) Ironworkers Locals 40, 361 and 417, (b) DeKalb County Pension Fund, and (c) Union Asset Management Holding AG and others as lead plaintiffs and to approve their respective selections of proposed lead counsel [DI 8, 10 and 14] all are denied.

        SO ORDERED.

Dated:      March 29, 2012

                                                                       /s/ Lewis A. Kaplan
                                                                       Lewis A. Kaplan
                                                                 United States District Judge