UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re:

BANK OF NEW YORK MELLON CORP.                           12 MD 2335 (LAK)
FOREIGN EXCHANGE TRANSACTIONS
LITIGATION

This Document Relates to:  11 Civ. 9175 (LAK)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

                               ORDER

```
┌────────────────────────────────────┐
│ USDS SDNY                           │
│ DOCUMENT                            │
│ ELECTRONICALLY FILED                │
│ DOC #: _____              │
│ DATE FILED: 6/10/13                 │
└────────────────────────────────────┘
```

LEWIS A. KAPLAN, *District Judge.*

            The motions to dismiss the consolidated class action complaint by The Bank of New
York Mellon Corporation [12 MD 2335 (Master Docket) DI 113], the officer and director
defendants [Master Docket DI 115], and the underwriter defendants [Master Docket DI 108] are
denied.  To the extent the arguments made in these motions are not foreclosed by the Court's rulings
in the *SEPTA* action and the action brought by the United States, the denial is without prejudice to
renewal on motions for summary judgment.

            The discovery stay under the Private Securities Litigation Reform Act is dissolved,
in the alternative, substantially for the reasons set forth in Lead Plaintiff's Reply Memorandum in
Further Support of its Motion to Lift the PSLRA Discovery Stay.

            SO ORDERED.

Dated:        June 10, 2013

                                                      _____
                                                      Lewis A. Kaplan
                                                      United States District Judge