```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/26/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:

BANK OF NEW YORK MELLON CORP.
FOREX TRANSACTIONS LITIGATION.

-------------------------------------------------------------X

ORDER

12 MD 2335 (LAK) (JLC)
related to 12 Civ. 3066 (LAK)(JLC),
11 Civ. 9175 (LAK)(JLC), and
12 Civ. 3470 (LAK)(JLC)

**JAMES L. COTT, United States Magistrate Judge.**

The Court will hear oral argument on the Plaintiffs' Executive Committee's pending letter-motion for a protective order (Dkt. No. 304) on December 5, 2013 at 11 a.m. in courtroom 21-D, 500 Pearl Street, New York, New York.

**SO ORDERED.**

Dated: New York, New York
       November 26, 2013

/s/ James L. Cott
JAMES L. COTT
United States Magistrate Judge

1