UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BANK OF NEW YORK MELLON CORP.<br>FOREX TRANSACTIONS LITIGATION<br><br>This Document Relates to:  *All Cases* | )<br>)<br>)<br>)  12 MD 2335 (LAK)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF GEOFFREY S. BROUNELL**
**PURSUANT TO LOCAL RULE 1.4**

**GEOFFREY S. BROUNELL** declares, pursuant to 28 U.S.C. 1746, under penalty of perjury, that the following is true and correct:

1.  I am an attorney admitted to practice before this Court in the above-captioned matter.  I submit this declaration in accordance with Local Civil Rule 1.4 in support of my Notice of Withdrawal as counsel of record for the defendants in the above captioned cases.

2.  I respectfully request that the Court permit this requested withdrawal because I will no longer be associated with the law firm of Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C. as of July 2, 2014.  Other counsel from Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C. will continue to represent the above named defendants in the above captioned cases.  Therefore, my withdrawal will not delay the resolution of these matters, or prejudice any parties.

Dated:  Washington, DC
        June 26, 2014

Respectfully submitted,

*/s/ Geoffrey S. Brounell*
Geoffrey S. Brounell
KELLOGG, HUBER, HANSEN, TODD,
  EVANS & FIGEL, P.L.L.C.
1615 M Street, NW, Suite 400
Washington, DC 20036
Telephone:  (202) 326-7954
Facsimile:  (202) 326-7999
gbrounell@khhte.com