UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
In re:

BANK OF NEW YORK MELLON CORP.                                12-md-2335 (LAK)
FOREX TRANSACTIONS LITIGATION
------------------------------------------x
This Document Relates to:

*Louisiana Municipal Police Employees' Retirement System
v. The Bank of New York Mellon Corp.*, 11 Civ. 9175 (LAK)
------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

      The attention of Plaintiffs' Lead Counsel is invited to the request for exclusion on behalf of Universidad Centroamericana José Simeón Cañas dated November 3, 2015.

      SO ORDERED.

Dated:   November 17, 2015

                                                  _____
                                                  Lewis A. Kaplan
                                                  United States District Judge