BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

ATTORNEYS AT LAW

NEW YORK • CALIFORNIA • LOUISIANA • ILLINOIS

JOHN C. BROWNE
JohnB@blbglaw.com
212-554-1398

February 10, 2017

**Via ECF Filing**

The Honorable Lewis A. Kaplan
Daniel Patrick Moynihan Courthouse
Courtroom 21B
500 Pearl Street
New York, NY 10007-1312

Re: *Louisiana Municipal Police Employees' Retirement System v. The Bank of New York Mellon Corporation*, Civil Action No. 11-Civ-9175-LAK

Dear Judge Kaplan:

We represent the Court-appointed Lead Plaintiff in the above-captioned securities action. On December 28, 2016, we submitted our Motion for Approval of Distribution Plan and papers in support thereof (ECF Nos. 294 – 296). On January 16, 2017, by Memo Endorsement the Court granted the motion (ECF No. 297).

Included in the motion was a request for the Court's approval of the Claims Administrator's determinations with respect to ten Claims submitted by six Claimants for which Court review had been requested (the "Disputed Claims").[1] The disputing Claimants were advised that if they wished to make a further submission in support of their positions it should be directed to Your Honor's attention with a copy to Lead Counsel, and it must be postmarked no later than January 27, 2017.

We are writing to advise the Court that Lead Counsel has not received any additional submissions with respect to the Disputed Claims nor do any appear on the docket. Accordingly, in accordance with the Court's approval of the Claims Administrator's determinations and the proposed Plan of Distribution, Lead Counsel will direct the Claims Administrator to proceed with the distribution of the Net Settlement Fund to Claimants in accordance with the provisions of the plan.

---

[1] Five of the Disputed Claims were submitted by one Claimant.

We thank the Court for its attention to this matter.

Respectfully submitted,

John C. Browne

cc via ECF: All Counsel of Record

#1058029